AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 APR 3 PM 1:29

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NATHAN CHARLES REIS | ) | Case No.  3:25-cr-83-3 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NATHAN CHARLES REIS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Money Laundering Conspiracy

Date:   04/03/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* April 3rd, 2025, and the person was arrested on *(date)* April 23rd, 2025
at *(city and state)* Grand Forks, ND

Date:   4/23/25

Casey Uhler
*Arresting officer's signature*

Casey Uhler - Special Agent
*Printed name and title*